CASE #: 01591-CR

~~00-140-CR~~

5/11/15

RECEIVED
Court of Appeals

MAY 11 2015

Lisa Matz
Clerk, 5th District

RE: NOTICE OF REPORTERS RECORD NON USE.

I cannot afford the Reporters Record. I was told it was $2200. I have two kids and made $25,000 last year, so while $2200 is not something I can afford, I'm not eligible for indignant services. Please confirm what you had from transcript and I hope the court sees fit to change the outcome.

Sincerely,

CHARLES LEE GALLAMORE